UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04282 JAK (AGRx) | Date | October 2, 2017 |
| Title | Raul Garfias v. Team Industrial Services, Inc. | | |

| Present: The Honorable | JOHN A. KRONSTADT, UNITED STATES DISTRICT JUDGE |
|---|---|
| Andrea Keifer | Alex Joko |
| Deputy Clerk | Court Reporter / Recorder |
| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
| Sylvia Panosian | Mark P. Grajski |

**Proceedings:** **PLAINTIFF'S MOTION TO REMAND REMOVED ACTION TO STATE COURT (DKT. 12); ; SCHEDULING CONFERENCE**

The motion hearing is held. The Court states its tentative views that, taking into account Plaintiff's claims for economic, emotional distress, and punitive damages, as well as attorneys' fees, the amount in controversy exceeds the $75,000 threshold, and that Plaintiff's Motion to Remand the Action to State Court (Dkt. 12) (the "Motion"), should be denied as a result. Counsel address the Court. The Motion is taken UNDER SUBMISSION and a written ruling will be issued.

The scheduling conference is held. The Court confers with counsel regarding the status of the case. The Court has reviewed the parties' September 22, 2017 Joint Report and sets the following deadlines:

| | |
|---|---|
| TBD: | Last day to participate in a settlement conference/mediation |
| TBD: | Last day to file notice of settlement / joint report re settlement |
| TBD: | Post Mediation Status Conference |
| November 1, 2017: | Last day to file joint report regarding agreed upon private neutral and proposed date for completion of mediation |
| December 22, 2017: | Last day to amend or add parties |
| March 19, 2018: | Non-Expert Discovery Cut-Off |
| April 2, 2018: | Initial Expert Disclosures |
| April 16, 2018: | Rebuttal Expert Disclosures |
| April 30, 2018: | Expert Discovery Cut-Off |
| April 30, 2018: | Last day to file All Motions *(including discovery motions)* |

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

| | | | |
|---|---|---|---|
| Case No. | LA CV17-04282 JAK (AGRx) | Date | October 2, 2017 |
| Title | Raul Garfias v. Team Industrial Services, Inc. | | |

The parties will be invited to submit proposed dates for the final pretrial conference and trial, if necessary, upon the Court's final ruling on the motions. The trial estimate will be set at the final pretrial conference.

The Court grants the parties' request to participate in a settlement conference with a private neutral. The Court directs counsel to confer and file a joint report no later than November 1, 2017, which shall include the parties' collective and/or respective views as to (i) the progress of settlement negotiations, if any; (ii) whether an agreement has been reached as to a private neutral to lead a settlement conference, and (iii) the parties' proposed date of completing a settlement conference. The Court will determine whether to set dates with respect to settlement upon review of the joint report.

**IT IS SO ORDERED.**

|  |  | : | 19 |
|---|---|---|---|
|  | Initials of Preparer | ak | |